JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
CYNTHIA D. WADE and        )   Case No. EDCV 09-594-VAP
RHONDERY W. WADE,          )   (JTLx)
                           )
         Plaintiff,        )   JUDGMENT
                           )
    v.                     )
                           )
COUNTRYWIDE HOME LOANS,    )
INC.,etc., et al.,         )
         Defendants.       )
_____)
```

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.


   The Court orders that such judgment be entered.


Dated: May 21, 2009           _____
                              VIRGINIA A. PHILLIPS
                              United States District Judge